# United States District Court

_____ FOR THE __ DISTRICT OF __PUERTO RICO_____

UNITED STATES OF AMERICA

v.

JUAN CARLOS GONSUEGRA SARABIA,
also known as "Juancho"

**WARRANT FOR ARREST**

CASE NUMBER: 98-162 (M)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JUAN CARLOS CONSUEGRA SARABIA__
<br>                                                                                Name

and bring him forthwith to the nearest magistrate to answer a(n)

__ Indictment      __ Information   x  Complaint   __ Order of court      __ Violation Notice   __ Probation Violation Petition

charging him with (brief description of offense)

A conspiracy to import to the District of Puerto Rico and to possess with the intent to distribute in excess of five (5) kilograms of narcotic drug, controlled substance cocaine and with aiding and abetting each other, in the use of a communication facility, that is the telephone to facilitate the commission of a drug trafficking offense;

all in violation of Title 21, United States Code, Section(s) 963, 846, 841(a)(1), and 843(b) and Title 18, United States Code, Section 2.

J.A. Castellanos
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

_Signature of Issuing Officer_

June 19, 1998, Hato Rey, P.R.
Date and Location

Bail fixed at $ __no bail__ by _____
<br>                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 6/23/98 | DEA | EXECUTED |
| Date of Arrest | | FLM DEA |
| 5/13/94 | | |

AO 442 (Rev. 12/85) Warrant for Arrest